# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BETTY MAE HANZEL,**           ) | |
|                                                        ) | |
| **Plaintiff,**           ) | |
|                                                        ) | **8:05CV435** |
| vs.                                                ) | |
|                                                        ) | **ORDER** |
| **LIFE CARE CENTERS OF AMERICA, INC.,**           ) | |
| a Tennessee corporation, and                  ) | |
| **CONSOLIDATED RESOURCES HEALTH**           ) | |
| **CARE FUND I**, a Georgia Limited           ) | |
| Partnership,                                      ) | |
|                                                        ) | |
| **Defendants.**           ) | |

This matter is before the court on the parties' JOINT MOTION FOR EXTENSION OF TIME (#31). The parties request an extension of time to May 1, 2006 to file any motions to add parties or amend the pleadings. For good cause shown,

**IT IS ORDERED** that the JOINT MOTION (#31) is granted. The parties are given until May 1, 2006 within which to file motions to add parties or amend the pleadings.

**DATED March 1, 2006.**

                                                            **BY THE COURT:**

                                                            **s/ F.A. Gossett**
                                                            **United States Magistrate Judge**