IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BETTY MAE HANZEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIFE CARE CENTERS OF AMERICA, ) <br> ) <br> Defendant. ) | Case No. 8:05cv435 <br><br> **ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were Carl Bettinger, Maren Chaloupka, Mary Hewitt, and Brad Russell. After reviewing the status of the case,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued to **August 14, 2006 at 9:00 a.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 13th day of April 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge