## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY MAE HANZEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:05CV435 |
| LIFE CARE CENTERS OF AMERICA, INC., | ) | |
| a Tennessee corporation, and | ) | ORDER |
| CONSOLIDATED RESOURCES HEALTH | ) | |
| CARE FUND I, a Georgia Limited | ) | |
| Partnership, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT (#44).  No response in opposition has been filed and, upon review of the amended pleading, I find that the motion should be granted. Pursuant to Fed. R. Civ. P. 15,

**IT IS ORDERED** that defendants' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT (#44) is granted.  Defendants are given until and including June 9, 2006 to file and serve the amended pleading.

**DATED June 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**