IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BETTY MAE HANZEL, | ) | Case No. 8:05cv435 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LIFE CARE CENTERS OF AMERICA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Maren Chaloupka, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **April 23, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for November 30, 2007, is cancelled upon the representation that this case is settled.

Dated this 21st day of March 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge