## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BETTY MAE HANZEL,** | ) | **CASE NO. 8:05CV435** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **LIFE CARE CENTERS OF AMERICA,** | ) | |
| **INC., a Tennessee Corporation, and** | ) | |
| **CONSOLIDATED RESOURCES** | ) | |
| **HEALTH CARE FUND I, a Georgia** | ) | |
| **Limited Partnership,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion for Dismissal.  The motion states that the matter has been settled, and the settlement has been approved by the Hall County, Nebraska, court. The motion does not indicate whether Plaintiff seeks dismissal with or without prejudice, but given the factual background provided in the motion, the Court concludes that dismissal with prejudice is appropriate.

IT IS ORDERED:

1.   The Plaintiff's Motion for Dismissal (Filing No. 105) is granted;

2.   The Complaint and all claims in this matter are dismissed with prejudice; and

3.   The parties shall pay their own costs and attorney's fee unless otherwise agreed by and between them in writing.

Dated this 26th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge